UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | Case No. CR-S-08-0416 MCE |
| | ) | |
| v. | ) | |
| | ) | |
| Keithen WYRICK, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
(X) Ad Prosequendum                    () Ad Testificandum

Name of Detainee:         Keithen WYRICK, CDC No. V39453
Detained at (custodian):   San Quentin State Prison
                          ATTENTION: Reception Center, Court Desk
                          San Quentin, California 94974

Detainee is:        a.)   () charged in this district by:    (X) Indictment  () Information   () Complaint
                            charging detainee with: felon in possession of a firearm.
           or       b.)   () a witness not otherwise available by ordinary process of the Court

Detainee will:      a.)   ()   return to the custody of detaining facility upon termination of proceedings
           or       b.)   (X) be retained in federal custody until final disposition of federal charges, as a sentence
                            is currently being served at the detaining facility

*Appearance is necessary in the Eastern District of California to face prosecution on a federal firearm indictment in Case No. CR-S-08-0416 MCE.*

Signature:                   /s/ Jason Hitt
Printed Name & Phone No:     Jason Hitt  916-554-2751
Attorney of Record for:      United States of America

## WRIT OF HABEAS CORPUS
(X) Ad Prosequendum                    () Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, FORTHWITH, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated:  September 23, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

Detainee:            Keith WYRICK, CDC No. V39453                            X  Male        Female
Facility Address:    San Quentin State Prison
                     ATTENTION: Reception Center, Court Desk
                     San Quentin, California 94974
Facility Phone:      (415) 454-1460 ext. 5347
                     Currently Incarcerated on parole violations

## RETURN OF SERVICE

Executed on     _____        By: _____