```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
KEITHEN WYRICK
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:08-CR-00416-MCE |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER** |
| | ) | **CONTINUING STATUS CONFERENCE** |
| v. | ) | **AND EXCLUDING TIME** |
| | ) | |
| KEITHEN WYRICK, | ) | |
| | ) | Date: November 20, 2008 |
| Defendant. | ) | Time: 9:00 a.m. |
| | ) | Judge: Morrison C. England, Jr. |
| _____ | ) | |

IT IS HEREBY STIPULATED AND AGREED between defendant, KEITHEN WYRICK, and plaintiff, United States of America, by and through their attorneys, that the status conference scheduled for November 20, 2008, may be continued to December 18, 2008 at 9:00 a.m.

Defense counsel needs time to conduct a factual investigation before determining whether to file pretrial motions. The parties agree that time under the Speedy Trial Act should be excluded from the date of this

///

///

order through December 18, 2008, pursuant to Title 18, United States Code, Section 3161(h)(8)(A) and (B)(iv)(Local Code T4).

                                      Respectfully Submitted,

                                      DANIEL J. BRODERICK
                                      Federal Defender

Dated: November 17, 2008      /s/ T. Zindel
                                      TIMOTHY ZINDEL
                                      Assistant Federal Defender
                                      Attorney for Defendant
                                      KEITHEN WYRICK


                                      McGREGOR W. SCOTT
                                      United States Attorney

Dated: November 17, 2008      /s/  T. Zindel for Jason Hitt
                                      JASON HITT
                                      Assistant U.S. Attorney

## O R D E R

The status conference is continued to December 18, 2008, at 9:00 a.m.  The court finds that a continuance is necessary for the reasons stated above and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Time is therefore excluded from the date of this order through December 18, 2008, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: November 19, 2008

                                      MORRISON C. ENGLAND, JR.
                                      UNITED STATES DISTRICT JUDGE