1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

6  Attorney for Defendant
   KEITHEN WYRICK
7

8

9
                    IN THE UNITED STATES DISTRICT COURT
10
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
11

12

13 UNITED STATES OF AMERICA,      )  No. 2:08-CR-00416 MCE
                                  )
14             Plaintiff,         )  **STIPULATION AND ORDER**
                                  )  **CONTINUING STATUS CONFERENCE**
15       v.                       )  **AND EXCLUDING TIME**
                                  )
16 KEITHEN WYRICK,                )
                                  )  Date:  December 18, 2008
17             Defendant.         )  Time:  9:00 a.m.
                                  )  Judge: Morrison C. England, Jr.
18 _____)

19

20      IT IS HEREBY STIPULATED AND AGREED between defendant, KEITHEN

21 WYRICK, and plaintiff, United States of America, by and through their

22 attorneys, that the status conference scheduled for December 18, 2008,

23 may be continued to January 29, 2009 at 9:00 a.m.

24      Defense counsel needs time to conduct a factual investigation before

25 determining whether to file pretrial motions.  The parties agree that

26 time under the Speedy Trial Act should be excluded from the date of this

27 ///

28 ///

order through January 29, 2009, pursuant to Title 18, United States Code, Section 3161(h)(8)(A) and (B)(iv)(Local Code T4).

Respectfully Submitted,

DANIEL J. BRODERICK
Federal Defender

Dated: December 16, 2008     /s/ T. Zindel
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for Defendant
KEITHEN WYRICK


McGREGOR W. SCOTT
United States Attorney

Dated: December 16, 2008     /s/  T. Zindel for Jason Hitt
JASON HITT
Assistant U.S. Attorney

## O R D E R

The status conference is continued to January 29, 2009, at 9:00 a.m. The court finds that a continuance is necessary for the reasons stated above and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is therefore excluded from the date of this order through January 29, 2009, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: December 17, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

-2-