DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
KEITHEN WYRICK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:08-CR-00416 MCE |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER** |
| ) | **CONTINUING STATUS CONFERENCE** |
| v. ) | **AND EXCLUDING TIME** |
| ) | |
| KEITHEN WYRICK, ) | |
| ) | Date:  January 29, 2009 |
| Defendant. ) | Time:  9:00 a.m. |
| ) | Judge: Morrison C. England, Jr. |
| _____ ) | |

 IT IS HEREBY STIPULATED AND AGREED between defendant, KEITHEN WYRICK, and plaintiff, United States of America, by and through their attorneys, that the status conference scheduled for January 29, 2009, may be continued to February 12, 2009 at 9:00 a.m.

 Defense investigation is continuing and we have recently requested additional discovery. The parties agree that time under the Speedy Trial

///

///

///

Act should be excluded from the date of this order through February 12, 2009, pursuant to Title 18, United States Code, Section 3161(h)(8)(A) and (B)(iv)(Local Code T4).

```
                              Respectfully Submitted,

                              DANIEL J. BRODERICK
                              Federal Defender

Dated: January 26, 2009       /s/ T. Zindel
                              TIMOTHY ZINDEL
                              Assistant Federal Defender
                              Attorney for Defendant
                              KEITHEN WYRICK


                              McGREGOR W. SCOTT
                              United States Attorney

Dated: January 26, 2009       /s/  T. Zindel for Jason Hitt
                              JASON HITT
                              Assistant U.S. Attorney
```

**O R D E R**

The status conference is continued to February 12, 2009, at 9:00 a.m. The court finds that a continuance is necessary for the reasons stated above and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is therefore excluded from the date of this order through February 12, 2009, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: January 28, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

-2-