```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5

 6  Attorney for Defendant
    KEITHEN WYRICK
 7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:08-CR-00416 MCE |
|---|---|
| Plaintiff, | ) |
| v. | ) **STIPULATION AND ORDER** <br> ) **CONTINUING STATUS CONFERENCE** <br> ) **AND EXCLUDING TIME** |
| KEITHEN WYRICK, | ) |
| Defendant. | ) Date: February 12, 2009 <br> ) Time: 9:00 a.m. <br> ) Judge: Morrison C. England, Jr. |

IT IS HEREBY STIPULATED AND AGREED between defendant, KEITHEN WYRICK, and plaintiff, United States of America, by and through their attorneys, that the status conference scheduled for February 12, 2009, may be continued to March 5, 2009, at 9:00 a.m.

Defense investigation is continuing and additional discovery is forthcoming. Meanwhile, the parties have also determined that resolution of the case would be facilitated if Probation were to prepare a calculation of defendant's criminal history, so the parties request that the Court refer the case for that limited purpose. The parties agree

1 that time under the Speedy Trial Act should be excluded from the date of
2 this order through March 5, 2009, pursuant to Title 18, United States
3 Code, Section 3161(h)(8)(A) and (B)(iv)(Local Code T4).

Respectfully Submitted,

DANIEL J. BRODERICK
Federal Defender

Dated:   February 10, 2009     /s/ T. Zindel
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for KEITHEN WYRICK

LAWRENCE G. BROWN
Acting United States Attorney

Dated:   February 10, 2009     /s/ T. Zindel for J. Hitt
JASON HITT
Assistant U.S. Attorney

**O R D E R**

The status conference is continued to March 5, 2009, at 9:00 a.m., and the case is referred to Probation for a calculation of defendant's criminal history. The court finds that a continuance is necessary for the reasons stated above and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is therefore excluded from the date of this order through March 5, 2009, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: February 12, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

Stip & Order/Keithen Wyrick        -2-