1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

6  Attorney for Defendant
   KEITHEN WYRICK
7

8

9
                IN THE UNITED STATES DISTRICT COURT
10
                FOR THE EASTERN DISTRICT OF CALIFORNIA
11

12

13 UNITED STATES OF AMERICA,      ) No. 2:08-CR-00416 MCE
                                  )
14            Plaintiff,          )
                                  ) **STIPULATION AND ORDER**
15      v.                        ) **CONTINUING STATUS CONFERENCE**
                                  ) **AND EXCLUDING TIME**
16 KEITHEN WYRICK,                )
                                  )
17            Defendant.          ) Date:  June 4, 2009
                                  ) Time:  9:00 a.m.
18 _____) Judge: Morrison C. England, Jr.

19

20     IT IS HEREBY STIPULATED AND AGREED between defendant, KEITHEN
21 WYRICK, and plaintiff, United States of America, by and through their
22 attorneys, that the Motion hearing scheduled on June 4, 2009 be vacated
23 and a status conference be set for July 16, 2009, at 9:00 a.m.
24     The parties have tentatively agreed to resolve the case without the
25 filing of a pretrial motion, so the hearing scheduled for June 5th should
26 be vacated, to be reset in the event the parties do not finalize their
27 proposed resolution.  The parties request that a status conference be
28 scheduled for July 16, 2009 and that time be excluded to afford them

reasonable time to finalize their agreement, or to file pretrial motions, as appropriate. The parties agree that time under the Speedy Trial Act should be excluded from the date of this order through July 16, 2009, pursuant to Title 18, United States Code, Section 3161(h)(8)(A) and (B)(iv)(Local Code T4).

Respectfully Submitted,

DANIEL J. BRODERICK
Federal Defender

Dated: May 21, 2009         /s/ T. Zindel
                            TIMOTHY ZINDEL
                            Assistant Federal Defender
                            Attorney for KEITHEN WYRICK


                            LAWRENCE G. BROWN
                            Acting United States Attorney

Dated: May 21, 2009         /s/ T. Zindel for J. Hitt
                            JASON HITT
                            Assistant U.S. Attorney

**O R D E R**

A status conference is scheduled on July 16, 2009, at 9:00 a.m. The court finds that a continuance is necessary for the reasons stated above and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is therefore excluded from the date of this order through July 16, 2009, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: May 26, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE