1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

6  Attorney for Defendant
   KEITHEN WYRICK
7

8

9                IN THE UNITED STATES DISTRICT COURT

10               FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13 UNITED STATES OF AMERICA,      )  No. 2:08-CR-0416 MCE
                                  )
14              Plaintiff,        )
                                  )  **ORDER PERMITTING TRAVEL**
15      v.                        )  **TO ATTEND FUNERAL**
                                  )
16 KEITHEN WYRICK,                )
                                  )
17              Defendant.        )  Judge: Hon. Edmund F. Brennan
                                  )
18 _____)

19

20      On July 9, 2009, the Court heard defendant's motion that he be
21 released temporarily to the third-party custody of investigators employed
22 by the Office of the Federal Defender for the purpose of attending
23 memorial services in Vallejo for his maternal grandmother. The
24 government filed a statement of non-opposition. The Court granted the
25 motion subject to the filing of a proposed order setting forth details of
26 the location of the services.

27      Funeral service will be held on Tuesday, July 14th, 2009, at 11:00
28 a.m. at Liberty Baptist Church, which shares space with the First

1  Christian Church at 1035 Indiana Street, Vallejo.  Burial will take place
2  after at All Souls Cemetery, 550 Glen Cove Road, with a repast follows at
3  the Elk's Lodge on Alabama Street in Vallejo.
4      Accordingly, the Marshal is ordered to release Mr. Wyrick to the
5  custody of investigators employed by the Office of the Federal Defender
6  by 9:00 a.m. on Tuesday, July 14, 2009, who shall escort Mr. Wyrick to
7  the services described above.  The investigators shall return Mr. Wyrick
8  to the Marshals in Sacramento no later than 4:00 p.m. on Tuesday, July
9  14.
10     IT IS SO ORDERED.
11 Dated:  July 13, 2009
12                                     EDMUND F. BRENNAN
                                       UNITED STATES MAGISTRATE JUDGE

Mot. for temporary release              -2-