DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
KEITHEN WYRICK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:08-CR-00416 MCE |
| ) | |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER** |
| v. ) | **CONTINUING STATUS CONFERENCE** |
| ) | **AND EXCLUDING TIME** |
| KEITHEN WYRICK, ) | |
| ) | |
| Defendant. ) | Date: July 16, 2009 |
| ) | Time: 9:00 a.m. |
| _____ ) | Judge: Morrison C. England, Jr. |

IT IS HEREBY STIPULATED AND AGREED between defendant, KEITHEN WYRICK, and plaintiff, United States of America, by and through their attorneys, that the Motion hearing scheduled on July 16, 2009 be vacated and a status conference be set for July 30, 2009, at 9:00 a.m.

The parties have agreed to resolve the case without the filing of pretrial motions but need additional time to draft the final plea agreement. The parties therefore request that the status conference be continued to July 30, 2009, and that time be excluded to afford them reasonable time to finalize their agreement. The parties agree that time

1 under the Speedy Trial Act should be excluded from the date of this order
2 through July 30, 2009, pursuant to Title 18, United States Code, Section
3 3161(h)(7)(A) and (B)(iv)(Local Code T4).

Respectfully Submitted,

DANIEL J. BRODERICK
Federal Defender

Dated:  July 14, 2009          /s/ T. Zindel
                               TIMOTHY ZINDEL
                               Assistant Federal Defender
                               Attorney for KEITHEN WYRICK

                               LAWRENCE G. BROWN
                               Acting United States Attorney

Dated:  July 14, 2009          /s/ T. Zindel for J. Hitt
                               JASON HITT
                               Assistant U.S. Attorney

**O R D E R**

The status conference is continued to July 30, 2009, at 9:00 a.m. The court finds that a continuance is necessary for the reasons stated above and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is therefore excluded from the date of this order through July 30, 2009, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: July 15, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE