1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

6  Attorney for Defendant
   KEITHEN WYRICK
7

8

9
                    IN THE UNITED STATES DISTRICT COURT
10
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
11

12

13 UNITED STATES OF AMERICA,        ) No. 2:08-CR-00416 MCE
                                    )
14              Plaintiff,          )
                                    ) **STIPULATION AND ORDER**
15     v.                           ) **CONTINUING STATUS CONFERENCE**
                                    ) **AND EXCLUDING TIME**
16 KEITHEN WYRICK,                  )
                                    )
17              Defendant.          ) Date:  July 30, 2009
                                    ) Time:  9:00 a.m.
18 _____  ) Judge: Morrison C. England, Jr.

19

20      IT IS HEREBY STIPULATED AND AGREED between defendant, KEITHEN

21 WYRICK, and plaintiff, United States of America, by and through their

22 attorneys, that the status conference scheduled on July 30, 2009 be

23 vacated and reset for August 6, 2009, at 9:00 a.m.

24 ///

25 ///

26 ///

27 ///

28 ///

1  The parties have agreed to resolve the case without the filing of
2 pretrial motions but need additional time to draft the final plea
3 agreement.  The parties therefore request that the status conference be
4 continued to August 6, 2009, and that time be excluded to afford them
5 reasonable time to finalize their agreement.  The parties agree that time
6 under the Speedy Trial Act should be excluded from the date of this order
7 through August 6, 2009, pursuant to Title 18, United States Code, Section
8 3161(h)(7)(A) and (B)(iv)(Local Code T4).

                                        Respectfully Submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

Dated:  July 28, 2009            /s/ T. Zindel
                                        TIMOTHY ZINDEL
                                        Assistant Federal Defender
                                        Attorney for KEITHEN WYRICK


                                        LAWRENCE G. BROWN
                                        Acting United States Attorney


Dated:  July 28, 2009            /s/ T. Zindel for J. Hitt
                                        JASON HITT
                                        Assistant U.S. Attorney


///
///
///
///
///
///
///
///
///

Stip & Order/Keithen Wyrick          -2-

**O R D E R**

The status conference is continued to August 6, 2009, at 9:00 a.m. The court finds that a continuance is necessary for the reasons stated above and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is therefore excluded from the date of this order through August 6, 2009, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: July 28, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE