
DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
KEITHEN WYRICK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>KEITHEN WYRICK,<br><br>　　　　Defendant.<br>_____ | No. 2:08-CR-00416 MCE<br><br>**STIPULATION AND ORDER RECOMMENDING EXTENDED RRC PLACEMENT**<br><br>Judge: Hon. Morrison C. England, Jr. |

　　　IT IS HEREBY STIPULATED AND AGREED between defendant, KEITHEN WYRICK, and plaintiff, United States of America, that the Court should issue an order recommending that the Bureau of Prisons provide Mr. Wyrick with at least nine months in a Residential Reentry Center prior to the completion of his prison sentence. Authority for such an order rests on 18 U.S.C. § 3621(b)(4), which requires the Bureau of Prisons, when designating a prisoner's place of imprisonment, to consider "any statement by the court that imposed the sentence . . . recommending a type of penal or correctional facility as appropriate."

**BACKGROUND**

On October 1, 2009, the Court sentenced Mr. Wyrick to serve 57 months in BOP custody after he pled guilty to violating 18 U.S.C. § 922(g)(1)(felon with gun). Mr. Wyrick is currently imprisoned at FCI Herlong. He is scheduled to complete his sentence on November 9, 2013.

BOP has advised Mr. Wyrick that it will transfer him to the Residential Recovery Center (RRC) in San Francisco in June 2013 (about five months before he completes his sentence) pursuant to 18 U.S.C. § 3624(c)(1). The Second Chance Act of 2007 amended section 3624(c)(1) to extend the time a prisoner may spend in an RRC from a maximum six months to a maximum 12 months.

In June 2010, BOP issued a memorandum, "Revised Guidance for Residential Reentry Center (RRC) Placements," advising that BOP's "RRC resources . . . must be focused on those inmates most likely to benefit from them in terms of anticipated recidivism reduction." BOP states, "Our strategy is to focus on inmates who are at higher risk of recidivating and who have established a record of programming during incarceration, so that pre-release RRC placements will be as productive and successful as possible."

The parties agree that BOP should provide Mr. Wyrick a longer stay at the RRC in light of his past record and his record of programming during incarceration. When Mr. Wyrick contacted defense counsel for assistance in obtaining a recommendation from the Court, he provided certificates documenting his completion of numerous rehabilitative programs at FCI Herlong: Non-Residential Drug Abuse Program, Drug Education Program, Relapse Prevention Group, Commitment to Change Program, and Domestic Violence Class. (Counsel provided copies to the government.) Mr. Wyrick's record of 20 criminal history points indicates

1  he poses a higher risk of recidivating. Mr. Wyrick seeks a longer
2  residential placement to assist in his reentry, particularly to assist
3  him with employment and housing. There is also a chance he will obtain
4  custody of his teenage son, who is presently in foster care (Mr. Wyrick
5  also completed a parenting class at the FCI). He believes that a nine-
6  month stay in the RRC will help him to land on his feet and stay there
7  when he completes his prison sentence in November 2013. The parties
8  agree that Mr. Wyrick is a person who is most likely to benefit from RRC
9  resources to avoid a return to crime.

                                    Respectfully Submitted,

                                    DANIEL J. BRODERICK
                                    Federal Defender

Dated: November 6, 2012             /s/ T. Zindel
                                    TIMOTHY ZINDEL
                                    Assistant Federal Defender
                                    Attorney for KEITHEN WYRICK


                                    BENJAMIN WAGNER
                                    United States Attorney

Dated: November 6, 2012             /s/ T. Zindel for J. Hitt
                                    JASON HITT
                                    Assistant U.S. Attorney


/////
/////
/////
/////
/////




Stip & Order/Keithen Wyrick            -3-

**O R D E R**

For the reasons noted above, the Court finds that Mr. Wyrick is a person who is most likely to benefit from an increased stay in a Residential Recovery Center in order to avoid a return to crime. Accordingly, pursuant to 18 U.S.C. § 3621(b), the Court recommends that the Bureau of Prisons place Mr. Wyrick in a Residential Recovery Center for at least the last nine months of his prison term.

The Clerk of the Court is directed to serve a copy of this Order on the Bureau of Prisons.

IT IS SO ORDERED.

Dated: November 15, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE