HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org

Attorney for Defendant
KEITHEN WYRICK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:08-CR-0416 MCE |
| Plaintiff, | |
| vs. | **ORDER (PROPOSED) PERMITTING TRAVEL TO ATTEND FUNERAL** |
| KEITHEN WYRICK, | |
| Defendant. | |

At a hearing on September 17, 2015, the Court granted Mr. Wyrick's unopposed motion seeking his temporary release from custody so that he may attend the burial service of his paternal grandfather on September 18, 2015.

The Marshal is hereby directed to transport Mr. Wyrick to the courthouse and to release Mr. Wyrick to Federal Defender Investigator Charles Gillespie no later than 1:30 p.m. on Friday, September 18.  Mr. Gillespie shall return Mr. Wyrick to

-1-

the Sacramento County Jail (or to the Marshal, should they so direct) by 5:00 p.m. that day.

IT IS SO ORDERED.

Dated: September 17, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE